**James Junior ALLEN, Plaintiff—Appellant,**

v.

**David ROBINSON, Warden; Helen F. Fahey, Chairwoman of Virginia Parole Board; James L. Jenkins, Jr.; Ms. Russell, Defendants—Appellees.**

No. 04–7224.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 21, 2004.

James Junior Allen, Appellant pro se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James Junior Allen appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Allen v. Robinson,* No. CA–03–27 (E.D.Va. July 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*